AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

CHRISTINA LOVATO

                                              AMENDED JUDGMENT IN A CIVIL CASE Case

            Plaintiff,

v.                                          Number:      3:20-CV-172-MMD

SCOTT M. MADISON

            Defendant.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment in favor of Appellee against Appellant for lack of juridiction

11/19/2020                                                   DEBRA K. KEMPI
Date                                                          Clerk

                                                                       /s/ P. Vannozzi
                                                                       Deputy Clerk